**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>KIA MOTORS AMERICA INC., et al.,<br><br>　　　　　　Defendant(s). | Case No. 2:16-cv-01221-MMD-NJK<br><br>ORDER DENYING STIPULATION TO EXTEND<br><br>(Docket No. 13) |

Pending before the Court is a stipulation to extend the deadline to file a response to Plaintiff's complaint.  Docket No. 13.  Stipulations for extensions must "state the reasons for the extension requested."  LR 6-1(a).  The pending stipulation provides no reason whatsoever for the requested extension.  Accordingly, it is hereby **DENIED** without prejudice.

　　　IT IS SO ORDERED.

　　　DATED: July 20, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge